**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 25-12517
Non-Argument Calendar
_____

JAMAL ALLEN,

*Plaintiff-Appellant,*

*versus*

THE STATE OF ALABAMA,

*Defendant,*

BALDWIN COUNTY DISTRICT ATTORNEY,
SHERIFF, BALDWIN COUNTY,
CIRCUIT COURT CLERK FOR BALDWIN COUNTY,

*Defendants-Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:25-cv-00222-JB-MU
_____

Before NEWSOM, LAGOA, and KIDD, Circuit Judges.

2                    Opinion of the Court                    25-12517

PER CURIAM:

Jamal Allen, pro se, appeals from the district court's June 24, 2025, order denying his motion for a temporary restraining order and preliminary injunction. That motion sought to enjoin Appellees from arresting Allen under an arrest warrant issued in Baldwin County, Alabama. We issued a jurisdictional question asking the parties whether this appeal is now moot.

As Allen acknowledged in both the district court and on appeal, he has since been arrested under the warrant and is now in ongoing criminal proceedings. His arrest mooted this appeal. *See Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1118-19 (11th Cir. 1995) (explaining that an issue is moot when it no longer presents a live controversy with respect to which we can give effectual relief); *Birmingham Fire Fighters Ass'n 117 v. City of Birmingham*, 603 F.3d 1248, 1254 (11th Cir. 2010) (explaining that even if an order is immediately appealable as an injunction when entered, intervening events can nevertheless moot the appeal).

Accordingly, this appeal is DISMISSED as moot. All pending motions are DENIED as moot.